# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. VONG, | CASE NO. 1:06-CV-00582-AWI-SMS-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO EITHER PAY $250.00 FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff filed this action on December 15, 2005, but neither paid the $250.00 filing fee in full nor filed an application to proceed in forma pauperis.  Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file an application to proceed in forma pauperis which includes a certified copy of his trust account statement for the six month period preceding the filing of the complaint.  The failure to comply with this order will result in dismissal of this action.


IT IS SO ORDERED.

**Dated:     June 13, 2006**              _____/s/ Sandra M. Snyder_____
i0d3h8                                UNITED STATES MAGISTRATE JUDGE

1