# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. VONG, | CASE NO. 1:06-CV-00582 AWI SMS P |
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 4) |
| Defendants. | |

On June 28, 2006, plaintiff N. Vong filed a notice of voluntary dismissal.[1] "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

///
///
///
///

---

[1] This action was filed by another inmate, without plaintiff's knowledge or consent. (Doc. 4.)

1

1   Accordingly, the Clerk of the Court is HEREBY ORDERED to close the file in this case and
2   adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  (Doc. 4.)

4   IT IS SO ORDERED.

5   **Dated:     July 6, 2006**                                    /s/ Anthony W. Ishii
    0m8i78                                                          UNITED STATES DISTRICT JUDGE